UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephen Dancause and<br>Gloria Dancause,<br><br>     Plaintiff,<br><br>  -against-<br><br>Pentagroup Financial LLC,<br><br>     Defendant. | **NOTICE OF SETTLEMENT**<br><br>6:11-cv-06440-CJS |

  NOW COMES the Plaintiff, Stephen Dancause and Gloria Dancause, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

  Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

            RESPECTFULLY SUBMITTED,

Dated: November 28, 2011   By: /s/ Adam T. Hill_____
            Adam T. Hill, Esq.
            Attorney for Plaintiff
            Krohn & Moss, Ltd.
            10 N. Dearborn, 3rd Floor
            Chicago, IL 60602
            Phone: (312) 578-9428
            Fax: (866) 802-0021
            E-mail: ahill@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Adam T. Hill<br>
Adam T. Hill, Esq.<br>
Attorney for Plaintiff

.