UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Stephen Dancause and
Gloria Dancause,

              Plaintiff,

      -against-

Pentagroup Financial LLC,

             Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

Case No. 6:11-cv-06440-CJS

     Stephen Dancause and Gloria Dancause (Plaintiffs), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, Pentagroup Financial LLC (Defendant), in this case.

     Both sides to bear their own costs and expenses.

                   RESPECTFULLY SUBMITTED,

      By:   /s/ Adam T. Hill
            Adam T. Hill, Esq.
            Krohn & Moss, Ltd.
            120 W. Madison St., 10th Fl.
            Chicago, IL 60602
            Tel.: 312-578-9428
            Fax: 866-802-0021
            ahill@consumerlawcenter.com
            Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2011, I electronically filed the foregoing Request for Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Adam T. Hill____
Adam T. Hill, Esq.
Attorney for Plaintiff
